## BOBLIT *v.* WARDEN, MARYLAND PENITENTIARY

[App. No. 2, September Term, 1968.]

*Decided June 2, 1969.*

Before HAMMOND, C. J., and MARBURY, BARNES, FINAN and SMITH, JJ.

PER CURIAM.

The application of Charles D. Boblit for leave to appeal from denial of Post Conviction relief by Judge Ridgley P. Melvin, Jr. on February 3, 1969 is denied for the substantive reasons (as distinguished from reasons based on waiver or for failure to have raised the point at trial) set forth by Judge Melvin in his opinion denying relief.

*Application denied.*